# MEMORANDUM CASE.

[Civ. No. 1271. Third Appellate District.—November 30, 1914.]

ISADOR F. MORRIS, Respondent, v. A. F. HARTLEY et al., Defendants; F. J. BETHEL, Appellant.

MORTGAGE — VENDOR AND VENDEE— FORECLOSURE—REDEMPTION.—Order denying a motion for a new trial affirmed on the authority of *Morris v. Hartley, ante,* p. 61.

APPEAL from an order of the Superior Court of Sacramento County refusing a new trial. P. J. Shields, Judge.

The facts are stated in the opinion in *Morris v. Hartley, ante,* p. 61.

James D. Meredith, Meredith & Landis, and P. H. Johnson, for Appellant.

M. S. Wahrhaftig, for Respondent.

CHIPMAN, P. J.—This is an appeal from the order denying defendant Bethel's motion for a new trial and, by stipulation, was presented in the briefs filed in the appeal from the judgment, No. 1116, this day decided. For the reasons therein presented, the order is affirmed.

Hart, J., and Burnett, J., concurred.

A petition for a rehearing of this cause was denied by the district court of appeal on December 31, 1914, in an opinion reported in connection with the opinion in *Morris v. Hartley* (Civ. No. 1116), *ante,* p. 61. [146 Pac. 73].